## Vanfossen v. Anderson, Garnishee.

Without a writ of attachment, a sheriff has no authority to notify a party that he is attached as garnishee, nor to take his answers to the interrogatories specified in section 1865 of the Code.

Nor has the district court power to render judgment upon a notice of garnishment thus given, and answers thus taken and returned.

*Appeal from the Webster District Court.*

Monday, April 11.

This action was commenced in Webster county, by plaintiff against one McInturff. An attachment was issued to the sheriff of the county, and returned served by attaching certain real estate. There is nothing to show that any writ was issued to Story county. It appears, however, that the sheriff of that county notified the appellant, Anderson, that he was attached as garnishee in said cause, and that he took the answer of said garnishee, and returned it to the district court of Webster county. A judgment was rendered against the defendant, and against the garnishee.

*Frazier & Queal*, for the appellant.

No appearance for the appellee.

WRIGHT, C. J.—This is a plain case. Without a writ of attachment, the sheriff of Story county had no authority or right to notify the appellant that he was attached as garnishee, nor to take his answers to the interrogatories specified in section 1865 of the Code. It is the writ, connected with the direction of the plaintiff to take the answers, that gives him the power to act in such cases, and without these, he can legally do nothing in the premises. The district court had no more power to render a judgment upon a notice given, and answers thus taken and returned, than if the same things had been done by a justice of the peace, a notary public, a road supervisor, or a private individual. The garnishee did not appear in the district court, nor was there anything in the notice, or other proceedings, to lead him to suppose that such appearance was necessary. For aught that is disclosed, the sheriff of Story county volunteered to notify him and take his answers. It was clearly irregular to render judgment against the garnishee under such circumstances. Code, sections 1855, 1861, 1864.

Judgment reversed.